UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTIAN TOBIN, MATTHEW TRENT, JEFF DAVENPORT, ANDY KRAJEWSKI, COREY NELSON and FORREST CAMPBELL,

    Plaintiffs,

v.                                      Case No.:  2:18-cv-616-FtM-38MRM

GREATER NAPLES FIRE RESCUE DISTRICT,

    Defendant.
_____/

## OPINION AND ORDER[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. 43). Judge McCoy recommends denying the parties' Joint Notice of Compromise (Doc. 41) without prejudice to filing a renewed motion to approve the settlements to address the deficiencies identified in the Report and Recommendation. Neither party objects to the Report and Recommendation, and the time to do so has expired.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file independently, and upon considering Judge McCoy's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. 43) is **ACCEPTED** and **ADOPTED** and the findings incorporated herein.

(2) The parties' Joint Notice of Compromise (Doc. 41) is **DENIED WITHOUT PREJUDICE**.

(3) The parties shall file a renewed motion to approve the settlements to address the issues identified in this Report and Recommendation (Doc. 43) by **April 2, 2020**, and provide the relevant information needed for this Court to conduct a meaningful analysis of the proposed settlements.

(4) Given the settlement, the parties are reminded they may consent to the assigned Magistrate Judge conducting "any or all proceedings," including review of the settlement and entry of final judgment. *See* 28 U.S.C. § 636(c)(1). Of course, the parties "are free to withhold consent without adverse substantive consequence." *Id.* at § 636(c)(2). At this time, the parties have not consented. So on or before **March 26, 2020**, the parties are **DIRECTED** to file either one of two documents: (1) a completed copy of the consent form attached to the FLSA Scheduling Order (Doc. 15 at 7); OR (2) a joint notice simply stating they do not consent to the assigned Magistrate Judge.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of March, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record